

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00090-CR

Kenisha Sharron **SIMMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CR1287
Honorable Kristina Escalona, Judge Presiding

PER CURIAM

Sitting:       Adrian A. Spears II, Justice
                H. Todd McCray, Justice
                Velia J. Meza, Justice

Delivered and Filed: April 8, 2026

DISMISSED FOR LACK OF JURISDICTION

The clerk's record has been filed in this appeal. It reflects that on May 1, 2024, appellant was placed on deferred community supervision in accordance with her plea-bargain agreement. On August 22, 2024, the State filed motion to enter adjudication of guilt and revoke community supervision. On November 5, 2025, the trial court signed an order modifying the conditions of appellant's community supervision. On January 3, 2026, appellant filed a pro se notice of appeal.

"[A]ppeals from the modification of terms of deferred adjudication, like appeals from the modification of terms of probation, are not authorized by the legislature." *Quaglia v. State*, 906 S.W.2d 112, 113 (Tex. App.—San Antonio 1995, no pet.). "If anything, the decision to modify the appellant's deferred adjudication instead of proceeding with adjudication was part of the decision whether to proceed with an adjudication of guilt, for which appeal is expressly forbidden." *Id.* Thus, it appears that we have no jurisdiction over this appeal.

We therefore ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. Appellant did not respond. We therefore dismiss this appeal for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH